# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 12, 2014

_____

## DOCKET CORRECTION NOTICE
_____

No. 14-1290,    Mounia Elyazidi v. SunTrust Bank
                8:13-cv-02204-DKC

TO:    Ernest P. Francis

MOTION DUE:  June 16, 2014

Please file the motion identified below by the due date indicated using the **MOTION** entry.

[x] **MOTION / extend filing time** for appellant's opening brief and the joint appendix which were filed one day out of time


Michael Radday, Deputy Clerk
804-916-2702