IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| MOUNIA ELYAZIDI, | ) |
| | ) |
|     Appellant | ) |
| | ) |
| v. | )   Case No. 14-1290 |
| | ) |
| SUNTRUST BANK, et al., | ) |
| | ) |
|     Appellees. | ) |
| | ) |

MOTION TO EXTEND TIME TO FILE
APPELLANT'S BRIEF AND APPENDIX

Appellant hereby moves to extend until and including 7:30 a.m. on June 12, 2014, the deadline for Appellant to file her brief and the appendix for this case.[1] This represents a seven and a half hour extension from the previous deadline of 11:59 p.m. on June 11, 2014. Counsel for Appellee Mitchell Rubenstein & Associates has indicated that he will not consent to this motion but will not file an opposition to it. The other Appellee, SunTrust Bank, will not consent to anything that Appellant requests.

This is the second motion that Appellant has filed to extend the time for filing her brief and appendix. A prior motion for an extension from June 9, 2014, until June 11, 2014, in the period of time for filing the brief and appendix was

---

[1] Appellant in fact filed her brief and the appendix prior to 7:30 a.m. on June 12, although that filing was after midnight on that date.

previously granted.

Appellant is requesting this extension because her counsel encountered some additional authorities in preparing her brief. This necessitated some additional research, and at the time that Appellant's counsel undertook that research he believed that he could timely complete the brief and appendix. He did not become aware of the need to seek a short amount of additional time to complete the brief until such time at which Appellant's counsel would not have been able to reach the opposing counsel to seek consent.

The instant case presents a number of important issues that need the attention of the appellate court for this circuit. These issues include whether court filings are not subject to the Fair Debt Collection Practices Act ("FDCPA"), whether disclosure of a putative debtor's social security number is consistent with the FDCPA, whether a debt collector may seek to collect unearned attorney's fees from a putative debtor, and whether a statement that is false when made does not violate the FDCPA if it later becomes true. The court decisions as to these issues are conflicting. Accordingly persons who are not parties to this case may benefit from any decision as to these issues.

Finally, in deciding whether to accept a late filing the Court examines whether any prejudice results from the late filing of a brief and appendix.  See Hammett v. Seastrunk, 365 F.2d 232, 233 n. 2 (4th Cir. 1966).  No one will suffer any prejudice from extending the time for filing the brief and appendix by seven and a half hours.  Accordingly, Appellant requests that the time for filing her brief and the appendix be extended for that length of time to July 12, 2014, at 7:30 a.m.

                            Respectfully submitted

                            /s/Ernest P. Francis
                            Ernest P. Francis
                            ERNEST P. FRANCIS, LTD.
                            1655 N. Fort Myer Drive, Suite 700
                            Arlington, VA 22209
                            (703) 683-5696
                            Fax (703) 683-2785
                            E-mail:  epfrancisltd@verizon.net

                            Attorney for Appellant

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I will this 16th day of June, 2014, electronically file the foregoing Motion to Extend Time to File Appellant's Brief and Appendix with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to Notice of Electronic Filing to Ronald S. Canter, Esq., at his office at The Law Offices of Ronald S. Canter, LLC, 200A Monroe Street, Suite 104, Rockville, MD 20850 through his e-mail address rcanter@roncanterllc.com and to Matthew A. Egeli, Esq., and John R. Griffin, Esq., at their office at Hartman and Egeli, LLP, 116 Defense Highway, Suite 300, Annapolis, MD 21401 through their e-mail addresses matthew.egeli@hartmanegeli.com and john.griffin@hartmanegeli.com.

                                       /s/Ernest P. Francis
                                       Ernest P. Francis
                                       ERNEST P. FRANCIS, LTD.
                                       1655 North Fort Myer Drive
                                       Suite 700
                                       Arlington, VA 22209
                                       (703) 683-5696
                                       Fax (703) 683-2785
                                       E-mail:  epfrancisltd@verizon.net

                                       Attorney for Appellant